IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Claudette Reynolds | ) | Civil Case No.: 3:23-cv-00191 |
| (Claimant/Party in Interest) | ) | |
| | ) | |
|    Plaintiff | ) | Judge: |
| | ) | |
| -vs- | ) | <u>VERIFIED CLAIM OF OWNERSHIP</u> |
| | ) | |
| United States of America | ) | |
| | | |
| (CATS No's. 20-DEA-665555, 666866, and 665554) | ) | |
| | ) | Phillip J. Carlisle (#0083285) |
|    Defendant | ) | Attorney for Claimant |
| | ) | 338 N. Erie, Suite 100 |
| | ) | Toledo, Ohio 43604 |
|    CLAUDETTE REYNOLDS | ) | Phone: 419-720-1717 |
|    Claimant/Party in Interest | ) | Fax:   419-244-6335 |

PLEASE TAKE NOTICE that Claimant/Party in Interest, CLAUDETTE N. REYNOLDS, hereby claims ownership of the following items seized by the DEA on July 10, 2020:

1. 10K White Gold Diamond Pendant on 10K White Gold Necklace

2. Stainless Steel Oyster Perpetual DateJust Watch

3. 10K White Gold and Diamond QMG Pendant on Sterling Silver Diamond Rope Necklace

4. White Gold and Diamond Earrings

5. $323,129.00 in U.S. Currency

Respectfully submitted,

/s/ Phillip J. Carlisle
_____
Phillip J. Carlisle (#0083285)
Attorney for Claimant
338 N. Erie St., Ste 100
Toledo, OH 439604
Phone: 419-720-1717
Fax:     419-244-6335
Email: pjcnas@sbcglobal.net

## **CERTIFICATION**

I hereby certify that on January 31, 2023, a copy of the forgoing motion was filed with the Court electronically.

`

/s/ Phillip J. Carlisle
_____
Phillip Carlisle
Attorney At Law