## AFFIDAVIT OF CLAUDETTE N. REYNOLDS

STATE OF OHIO

COUNTY OF LUCAS          SS:

     Now comes Claudette N. Reynolds, after being duly sworn according to law and states that she is competent to testify as to all matters herein and she testifies from personal knowledge as to the following:

1. I am Claudette N. Reynolds, DOB: 1-23-74, and I currently reside at 18 Kenilworth, Toledo, OH 43608. I have resided at this residence for over 30 years.

2. I fully understand that any statements contained in this affidavit may be investigated and I may be called to testify at a future court proceeding.

3. I am currently employed at Libbey Glass. I have been employed at Libbey Glass for 24 years I hold the current position of  Line Runner Polisher. I am also a Union Steward.

4. On July 10, 2020, I was stopped by the Ohio State Highway Patrol on Canton Street in the city of Toledo, OH. My vehicle was searched and U.S. currency belonging to me was seized from the trunk of my car. I was transported to a Ohio State Highway Patrol post where I was held for several hours and then released.

5. Once released, I was informed that my residence at 18 Kenilworth, Toledo, OH was the subject of a search warrant executed on the same date. Additional U.S. currency, jewelry and other personal items of mine were also confiscated by the DEA.

    Further affiant sayeth naught.

 

/s/Claudette N. Reynolds/s/
Claudette N. Reynolds